The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR21-108 RSM |
| Plaintiff, | [~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL OF DEFENSE COUNSEL DILEK DABAGOGLU FOR SAMUEL DUARTE AVILA |
| vs. | |
| SAMUEL DUARTE AVILA, | |
| Defendant. | |

THIS COURT, having considered the information presented to it by counsel for Samuel Duarte Avila, this Court hereby finds that there is good cause for defense counsel to withdraw. Jennifer Horwitz will remain counsel of record. Accordingly, counsel Fatima Dilek Dabagoglu, is permitted by this Court to withdraw from this case.

Dated this ___9___th day of ___June___, 2022.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted,

s/ Fatima Dilek Dabagoglu
WSBA 49018
DILEK LAW, PLLC
1833 N 105TH STREET, SUITE 101

SEATTLE, WA  98133
(206) 349-8950
fatimadilek@gmail.com

Certificate of Service

I, Fatima Dilek Dabagoglu, certify, under penalty of perjury under the laws of the State of Washington, that today I   electronically filed this pleading and all attachments with the Clerk of the Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.  I further certify that I send a copy of this pleading to the defendant by United States Mail.

Signed by Fatima Dilek Dabagoglu on June 7, 2022, in Seattle, Washington.

ORDER PERMITTING DEFENSE COUNSEL DILEK DABAGOGLU TO WITHDRAW AS SAMUEL DUARTE AVILA'S ATTORNEY - 2

DILEK LAW, PLLC
1833 N 105TH STREET, STE 101
SEATTLE, WA  98133
(206)349-8950