Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SAMUEL DUARTE AVILA <br><br> Defendant. | NO. CR21-108 RSM <br><br> ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in the governments sentencing memorandum,

It is hereby ORDERED that the government's sentencing memorandum contains sensitive personal information regarding the defendant, shall remain sealed.

DATED this 20th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Erin H. Becker*
ERIN BECKER
Assistant United States Attorney

Order to Seal - 1
*United States v*. Avila / CR21-108 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970