The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR21-00108 RSM |
| Plaintiff, ) | |
| vs. ) | ORDER TO SEAL DEFENDANT SAMUEL DUARTE AVILA'S SUPPLEMENTAL SENTENCING MEMO AND EXHIBITS A, B AND C TO THAT MEMORANDUM |
| SAMUEL DUARTE AVILA, ) | |
| Defendant. ) | |

THIS COURT, having considered the argument by counsel that the contents of Defendant Samuel Duarte Avila's Supplemental Sentencing Memorandum and Exhibits A, B and C to that memorandum should not be available to the public and should be permitted to be filed under seal, and hearing no objection from the government, NOW THEREFORE IT IS HEREBY ORDERD that Defendant Samuel Duarte Avila's Supplemental Sentencing Memo and Exhibits A, B and C to that memorandum shall be filed under seal.

Dated this 20th day of September, 2022

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

ORDER TO SEAL SUPPLEMENTAL SENTENCING MEMORANDUM OF DEFENDANT SAMUEL DUARTE AVILA AND EXHIBITS A, B AND C TO THAT MEMORANDUM - 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797